IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO, et al., | |
| Plaintiffs, | No.  C 10-05051 JSW |
| v. | **ORDER RE MOTION FOR SUMMARY JUDGMENT** |
| PAPIKIAN ENTERPRISES, INC, et al., | |
| Defendants. | |

On February 14, 2011, Defendants filed a Motion for Summary Judgment, which they noticed for hearing on April 1, 2011.  Defendants are HEREBY ADVISED that pursuant to this Court's Standing Order ¶ 9, "[a]bsent a showing of good cause, the Court will address only one motion for summary judgment per party or side."  If Defendants do not wish to withdraw their motion in light of this provision of the Court's Standing Orders, the Court HEREBY CONTINUES the hearing from April 1, 2011 to April 8, 2011 at 9:00 a.m.  Plaintiffs' opposition to the motion shall be due by no later than March 18, 2011, and Defendants' reply shall be due on March 25, 2011.  The initial case management conference set for March 4, 2011 at 1:30 p.m. remains on calendar, and the parties' joint case management statement shall be due on February 25, 2011.

//

//

//

//

If either party seeks to continue the hearing date or modify the briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: February 15, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE