Steven L. Krongold (State Bar No. 125952)
**KRONGOLD LAW CORP., P.C.**
A PROFESSIONAL CORPORATION
8105 Irvine Center Drive, Suite 900
Irvine, California 92618
Phone: 949-651-1900
Fax:    949-861-9225
Email: steve@krongoldlaw.com

Attorney for Defendants
Papikian Enterprises, Inc. and Galoust Papikian

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., and LEVI STRAUSS & CO. EUROPE COMM. VA/SCA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PAPIKIAN ENTERPRISES, INC., GALOUST PAPIKIAN, and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. C 10-05051 JSW<br>Hon. Jeffrey S. White<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF MEDIATION COMPLETION DATE**<br><br>Action Filed:　Nov. 8, 2010<br>Pre-Trial Conf: March 5, 2012<br>Trial Date:　　March 26, 2012 |

| | |
|---|---|
| 1 | **<u>STIPULATION</u>** |

Counsel met and conferred regarding ADR and reached a stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 to participate in mediation. The presumptive deadline for completion of mediation is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. The order referring the case to ADR was entered in this action on February 9, 2011 [Doc 19], making the presumptive deadline for completion May 10, 2011. However, on March 28, 2011, the parties received the Clerk's Notice continuing the hearing on the pending Motion for Summary Judgment from April 8, 2011 to May 20, 2011. [Doc 36.] In light of the Clerk's Notice, the parties HEREBY STIPULATE AND AGREE to continue the mediation completion date to <u>June 30, 2011</u>.

Dated: April 8, 2011	KRONGOLD LAW CORP., P.C.

By: /s/ Steven L. Krongold
    Steven L. Krongold
    Attorney for Defendants
    PAPIKIAN ENTERPRISES, INC. and
    GALOUST PAPIKIAN

Dated: April 8, 2011	KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Gregory S. Gilchrist
    Gregory S. Gilchrist
    Attorneys for Plaintiffs
    LEVI STRAUSS & CO. and
    LEVI STRAUSS & CO. EUROPE
    COMM. VA/SCA

KRONGOLD LAW CORP.	-2-
STIPULATION FOR EXTENSION OF MEDIATION COMPLETION DATE

## **ORDER**

Pursuant to the Stipulation above, the deadline for the ADR session in the above matter is June 30, 2011.

IT IS SO ORDERED,

DATED: April 11, 2011

_____
UNITED STATES DISTRICT JUDGE