KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
TIMOTHY R. CAHN (State Bar No. 162136)
TALI L. ALBAN (State Bar No. 233694)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: ggilchrist@kilpatricktownsend.com
       tcahn@kilpatricktownsend.com
       tlalban@kilpatricktownsend.com

Attorneys for Plaintiffs
Levi Strauss & Co. and Levi Strauss
& Co. Europe Comm. VA/SCA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Levi Strauss & Co. and Levi Strauss & Co. Europe Comm. VA/SCA,<br><br>Plaintiffs,<br><br>v.<br><br>Papikian Enterprises, Inc., Galoust Papikian, and Does 1 through 10,<br><br>Defendants. | Case No. C10 5051 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF MEDIATION COMPLETION DATE**<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: November 8, 2010 |
|---|---|

Having met and conferred regarding the timing of mediation in this case, and to accommodate defendant Papikian Enterprises, Inc.'s and Galoust Papikian's desire to defer mediation until after the Court rules on the pending Motion for Summary Judgment, and the need to then coordinate the scheduling of the mediation with Mike Sobel, the Court appointed neutral, the parties hereby STIPULATE AND AGREE to continue the mediation completion date from June 30, 2011, until July 30, 2011.

///

///

///



STIPULATION AND [PROPOSED] ORDER RE:
CONTINUANCE OF MEDIATION COMPLETION DATE
CASE NO. C10-5051 JSW

- 1 -

1 DATED: June 10, 2011  Respectfully submitted,

2  KILPATRICK TOWNSEND & STOCKTON LLP

4  By: /s/ *Gregory S. Gilchrist*
   GREGORY S. GILCHRIST
5  TIMOTHY R. CAHN
   TALI L. ALBAN

   Attorneys for Plaintiffs
7  Levi Strauss & Co. and Levi Strauss
   & Co. Europe Comm. VA/SCA

9 DATED: June 10, 2011  KRONGOLD LAW CORP., P.C.

11  By: /s/ *Steven L. Krongold*
    STEVEN L. KRONGOLD, ESQ.

   Attorneys for Defendants
13 Papikian Enterprises, Inc. and Galoust Papikian



STIPULATION AND [PROPOSED] ORDER RE:
CONTINUANCE OF MEDIATION COMPLETION DATE      - 2 -
CASE NO. C10-5051 JSW

## GENERAL ORDER 45 ATTESTATION

I, Gregory S. Gilchrist, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order re: Continuance of Mediation Completion Date. In compliance with General Order 45, X.B., I hereby attest that counsel for Defendant has concurred in this filing.

Dated: June 10, 2011    By    /s/ *Gregory S. Gilchrist*
                                 Gregory S. Gilchrist



STIPULATION AND [PROPOSED] ORDER RE:
CONTINUANCE OF MEDIATION COMPLETION DATE                    - 3 -
CASE NO. C10-5051 JSW

**ORDER**

Pursuant to the Stipulation above, the deadline for the ADR session in the above matter is continued from June 30, 2011, until July 30, 2011.

IT IS SO ORDERED.

DATED: June 13, 2011

_____
Hon. Jeffrey S. White
United States District Judge



STIPULATION AND [PROPOSED] ORDER RE:
CONTINUANCE OF MEDIATION COMPLETION DATE
CASE NO. C10-5051 JSW

- 4 -