IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PAPIKIAN ENTERPRISES, INC, et al.,<br><br>    Defendants.<br>_____/ | No.  C 10-05051 JSW<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER RE DISCOVERY DISPUTE** |

The Court has received and considered the Letter Brief dated September 2, 2011, in which the parties outline their respective positions on Defendants responses to Plaintiffs' responses to interrogatories and requests for production. Given the timing of the letter brief, it is not entirely clear to the Court whether the parties are truly at an impasse. Accordingly, IT IS HEREBY ORDERED that the parties shall continue to meet and confer on the issues addressed in the letter. It is FURTHER ORDERED that the parties shall submit a further letter brief to the Court by no later than September 16, 2011, in which they shall set forth what issues - if any - remain unresolved.

**IT IS SO ORDERED.**

Dated: September 7, 2011

                                                    JEFFREY S. WHITE<br>                                                  UNITED STATES DISTRICT JUDGE