| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | TIMOTHY R. CAHN (State Bar No. 162136) |
| | TALI L. ALBAN (State Bar No. 233694) |
| 3 | Two Embarcadero Center Eighth Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 576-0200 |
| | Facsimile: (415) 576-0300 |
| 5 | Email: ggilchrist@kilpatricktownsend.com |
| | tcahn@kilpatricktownsend.com |
| 6 | tlalban@kilpatricktownsend.com |
| 7 | Attorneys for Plaintiffs |
| | Levi Strauss & Co. and Levi Strauss |
| 8 | & Co. Europe Comm. VA/SCA |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Levi Strauss & Co. and Levi Strauss & Co. Europe Comm. VA/SCA, | | Case No. 10-cv-5051 JSW |
| Plaintiff, | | [PROPOSED] ORDER ~~GRANTING~~ re: MISCELLANEOUS ADMINISTRATIVE REQUEST FOR THE FILING UNDER SEAL OF EXHIBIT 6 TO LETTER BRIEF |
| v. | | |
| Papikian Enterprises, Inc., Galoust Papikian, and Does 1 through 10, | | |
| Defendants. | | |

Plaintiffs Levi Strauss & Co. and Levi Strauss & Co. Europe Comm. VA/SCA Miscellaneous Administrative Request for an Order Permitting the Filing Under Seal of Exhibit 6 to Letter Brief, having been considered by the Court ~~and good cause showing, is granted~~.

~~IT IS HEREBY ORDERED~~ that Defendants are HEREBY ORDERED to file a declaration, pursuant to N.D. Civ. L.R. 79-5, showing why each of the excerpted portions of the deposition must be filed under seal. **Defendants' declaration is due by no later than September 23, 2011.** Failure to file a timely declaration shall result in the denial of Plaintiffs' motion and an order that the excerpts shall be filed in the public record.

DATED: September 16, 2011

_____
The Hon. Jeffrey S. White
United States District Court Judge

63703400 v1



[PROPOSED] ORDER GRANTING ADMIN REQUEST - CASE NO. 10-CV-5051 JSW    1