1    KILPATRICK TOWNSEND & STOCKTON LLP
    GREGORY S. GILCHRIST (State Bar No. 111536)
2    TIMOTHY R. CAHN (State Bar No. 162136)
    TALI L. ALBAN (State Bar No. 233694)
3    Two Embarcadero Center Eighth Floor
    San Francisco, CA 94111
4    Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
5    Email: ggilchrist@kilpatricktownsend.com
         tcahn@kilpatricktownsend.com
6          tlalban@kilpatricktownsend.com

7    Attorneys for Plaintiffs
    Levi Strauss & Co. and Levi Strauss
8    & Co. Europe Comm. VA/SCA

9

10            UNITED STATES DISTRICT COURT

11        FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13    Levi Strauss & Co. and Levi Strauss & Co.     Case No. 10-cv-5051 JSW
    Europe Comm. VA/SCA,
14                        [PROPOSED] ORDER ~~GRANTING~~ re:
                            MISCELLANEOUS ADMINISTRATIVE
15          Plaintiff,              REQUEST FOR THE FILING UNDER
                            SEAL OF EXHIBIT 6 TO LETTER BRIEF
16        v.

17    Papikian Enterprises, Inc., Galoust Papikian,
    and Does 1 through 10,
18                Defendants.

19    Plaintiffs Levi Strauss & Co. and Levi Strauss & Co. Europe Comm. VA/SCA Miscellaneous

20    Administrative Request for an Order Permitting the Filing Under Seal of Exhibit 6 to Letter Brief,

21    having been considered by the Court ~~and good cause showing, is granted~~

22        ~~IT IS HEREBY ORDERED.~~ that Defendants are HEREBY ORDERED to file a
                                   declaration, pursuant to N.D. Civ. L.R. 79-5, showing why
23                                    each of the excerpted portions of the deposition must be filed
                                   under seal. **Defendants' declaration is due by no later**
24    DATED September 16, 2011         **than September 23, 2011.** Failure to file a timely
                                   declaration shall result in the denial of Plaintiffs' motion and
25                                    an order that the excerpts shall be filed in the public record.

26                                _Jeffrey S. White_

27                       The Hon. Jeffrey S. White
                      United States District Court Judge
28    63703400 v1

