IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & CO, et al.,

    Plaintiffs,

    v.

PAPIKIAN ENTERPRISES, INC, et al.,

    Defendants.
                                     /

No. C 10-05051 JSW

**ORDER VACATING HEARING**

    Plaintiff Levi Strauss & Co's Motion for Summary Judgment is set for hearing on October 28, 2011. The Court finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for October 28, 2011 is VACATED, and the motion shall be decided on the papers.

    **IT IS SO ORDERED.**

Dated: October 26, 2011

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE