1 | KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
2 | GIA L. CINCONE (State Bar No. 141668)
TALI L. ALBAN (State Bar No. 233694)
3 | Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
4 | Telephone: (415) 576-0200
Facsimile: (415) 576-0300
5 | Email: ggilchrist@kilpatricktownsend.com
           gcincone@kilpatricktownsend.com
6 |        tlalban@kilpatricktownsend.com

7 | Attorneys for Plaintiff
LEVI STRAUSS & CO.

9 | STEVEN L. KRONGOLD (State Bar No. 125952)
KRONGOLD LAW CORP., P.C.
10 | A PROFESSIONAL CORPORATION
8105 Irvine Center Drive, Suite 900
11 | Irvine, CA 92618
Telephone: 949-651-1900
12 | Facsimile: 949-861-9225
Email: steve@krongoldlaw.com

Attorney for Defendants
14 | PAPIKIAN ENTERPRISES, INC.
and GALOUST PAPIKIAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO. | Case No. C10 5051 JSW |
| Plaintiff, | **STIPULATION RE DISMISSAL OF PLAINTIFF'S FIFTH, SIXTH AND SEVENTH CLAIMS FOR RELIEF AND ~~PROPOSED~~ ORDER** |
| v. | |
| PAPIKIAN ENTERPRISES, INC., and GALOUST PAPIKIAN, | |
| Defendants. | |



STIPULATION RE DISMISSAL OF PLAINTIFF'S FIFTH, SIXTH AND SEVENTH CLAIMS
FOR RELIEF
CASE NO. C10-5051 JSW

1   In compliance with the Court's Minute Order dated March 5, 2012 (Dkt # 77), the parties
2   to this action hereby stipulate and agree that Plaintiff Levi Strauss & Co. ("Levi Strauss")
3   voluntarily dismisses, without prejudice, its Fifth (California Dilution and Trademark
4   Infringement), Sixth (California Unfair Competition), and Seventh (Accounting) claims for relief.
5   In addition, the parties stipulate that the caption in this matter is amended to reflect that
6   plaintiff Levi Strauss & Co. Europe Comm. VA/SCA (Levi Strauss Europe) and Does 1 through
7   10, are no longer parties to this action. The dismissal of Levi Strauss Europe is in light of and
8   pursuant to the terms of the Court's dismissal of plaintiffs' Eighth Claim for relief (trademark
9   infringement under European law). (Dkt #52).

DATED: March 9, 2012        Respectfully submitted,

                            KILPATRICK TOWNSEND & STOCKTON LLP


                            By: */s/ Tali L. Alban*
                                GREGORY S. GILCHRIST
                                GIA L. CINCONE
                                TALI L. ALBAN

                            Attorneys for Plaintiffs
                            Levi Strauss & Co. and Levi Strauss
                            & Co. Europe Comm. VA/SCA


DATED: March 9, 2012        Respectfully submitted,

                            KRONGOLD LAW CORP., P.C.
                            A PROFESSIONAL CORPORATION


                            By: */s/ Steven L. Krongold*
                                STEVEN L. KRONGOLD

                            Attorneys for Defendants
                            PAPIKIAN ENTERPRISES, INC.
                            and GALOUST PAPIKIAN



STIPULATION RE DISMISSAL OF PLAINTIFF'S FIFTH, SIXTH AND SEVENTH CLAIMS
FOR RELIEF                                                                    - 1 -
CASE NO. C10-5051 JSW

~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

DATED: March 12, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

64023366 v1



STIPULATION RE DISMISSAL OF PLAINTIFF'S FIFTH, SIXTH AND SEVENTH CLAIMS
FOR RELIEF
CASE NO. C10-5051 JSW

- 2 -