| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | GIA L. CINCONE (State Bar No. 141668) |
| | TALI L. ALBAN (State Bar No. 233694) |
| 3 | Two Embarcadero Center Eighth Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 576-0200 |
| | Facsimile: (415) 576-0300 |
| 5 | Email: ggilchrist@kilpatricktownsend.com |
| |     gcincone@kilpatricktownsend.com |
| 6 |     tlalban@kilpatricktownsend.com |

Attorneys for Plaintiff
LEVI STRAUSS & CO.

STEVEN L. KRONGOLD (State Bar No. 125952)
KRONGOLD LAW CORP., P.C.
A PROFESSIONAL CORPORATION
8105 Irvine Center Drive, Suite 900
Irvine, CA 92618
Telephone: 949-651-1900
Facsimile: 949-861-9225
Email: steve@krongoldlaw.com

Attorney for Defendants
PAPIKIAN ENTERPRISES, INC.
and GALOUST PAPIKIAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO. | Case No. C10 5051 JSW |
| Plaintiff, | **STIPULATION RE DISMISSAL OF PLAINTIFF'S FIFTH, SIXTH AND SEVENTH CLAIMS FOR RELIEF AND ~~PROPOSED~~ ORDER** |
| v. | |
| PAPIKIAN ENTERPRISES, INC., and GALOUST PAPIKIAN, | |
| Defendants. | |



STIPULATION RE DISMISSAL OF PLAINTIFF'S FIFTH, SIXTH AND SEVENTH CLAIMS
FOR RELIEF
CASE NO. C10-5051 JSW

In compliance with the Court's Minute Order dated March 5, 2012 (Dkt # 77), the parties to this action hereby stipulate and agree that Plaintiff Levi Strauss & Co. ("Levi Strauss") voluntarily dismisses, without prejudice, its Fifth (California Dilution and Trademark Infringement), Sixth (California Unfair Competition), and Seventh (Accounting) claims for relief.

In addition, the parties stipulate that the caption in this matter is amended to reflect that plaintiff Levi Strauss & Co. Europe Comm. VA/SCA (Levi Strauss Europe) and Does 1 through 10, are no longer parties to this action. The dismissal of Levi Strauss Europe is in light of and pursuant to the terms of the Court's dismissal of plaintiffs' Eighth Claim for relief (trademark infringement under European law). (Dkt #52).

DATED: March 9, 2012      Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Tali L. Alban*
    GREGORY S. GILCHRIST
    GIA L. CINCONE
    TALI L. ALBAN

Attorneys for Plaintiffs
Levi Strauss & Co. and Levi Strauss
& Co. Europe Comm. VA/SCA


DATED: March 9, 2012      Respectfully submitted,

KRONGOLD LAW CORP., P.C.
A PROFESSIONAL CORPORATION


By: */s/ Steven L. Krongold*
    STEVEN L. KRONGOLD

Attorneys for Defendants
PAPIKIAN ENTERPRISES, INC.
and GALOUST PAPIKIAN



STIPULATION RE DISMISSAL OF PLAINTIFF'S FIFTH, SIXTH AND SEVENTH CLAIMS FOR RELIEF — - 1 -
CASE NO. C10-5051 JSW

## [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

DATED: March 12, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

64023366 v1



STIPULATION RE DISMISSAL OF PLAINTIFF'S FIFTH, SIXTH AND SEVENTH CLAIMS
FOR RELIEF
CASE NO. C10-5051 JSW

- 2 -