UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & CO., et al.,  )
                                 )
       Plaintiff(s),    )    No. C10-5051 JSW (BZ)
                                 )
  v.                              )
                                 )
PAPIKIAN ENTERPRISES, INC.,  )    **ORDER RE OVERDUE PAPERS**
et al.,                          )
                                 )
       Defendant(s).   )

TO: Defendant(s) and their attorney(s) of record:

On **February 23, 2012**, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for **March 20, 2012**. Your statement was due **March 13, 2012**. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not **lodged** by the close of business **tomorrow, March 15, 2012**, Defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: March 14, 2012

                                               /s/ Bernard Zimmerman
                                               Bernard Zimmerman
                                        United States Magistrate Judge

G:\BZALL\-REFS\REFS.2012\LEVI STRAUSS LATE PAPERS NOTICE.wpd

1