IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & CO, et al.,

    Plaintiffs,

    v.

PAPIKIAN ENTERPRISES, INC, et al.,

    Defendants.

No. C 10-05051 JSW

**ORDER EXCLUDING TESTIMONY**

The Court has received and considered Defendants' offer of proof regarding search engine optimization, and Plaintiff's opposition thereto. The Court concludes that Defendants' Offer of Proof does not demonstrate that Mr. Papikian's testimony would be relevant to the issue of whether the Court should issue an injunction or the scope of any such injunction. In addition, his proffered testimony appears contrary to his responses to discovery requests and deposition testimony.

**IT IS SO ORDERED.**

Dated: March 19, 2012

                                                 JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk