| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | TALI L. ALBAN (State Bar No. 233694) |
| | Two Embarcadero Center Eighth Floor |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 576-0200 |
| 4 | Facsimile: (415) 576-0300 |
| | Email: ggilchrist@kilpatricktownsend.com |
| 5 | tlalban@kilpatricktownsend.com |

Attorneys for Plaintiff
Levi Strauss & Co.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Levi Strauss & Co., | Case No. C10 5051 JSW |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO SHOW CAUSE WHY DEFENDANT IS NOT IN CONTEMPT OF INJUNCTION |
| Papikian Enterprises, Inc., Galoust Papikian, and Does 1 through 10, | SETTING BRIEFING SCHEDULE AND DIRECTING DEFENDANT AND A CLIENT REPREPRESENTATIVE FROM PLAINTIFF TO APPEAR AT HEARING |
| Defendants. | |
| | AND ORDERING PLAINTIFF TO SERVE DEFENDANT |



[~~PROPOSED~~] ORDER TO SHOW CAUSE WHY DEFENDANT IS NOT IN CONTEMPT OF INJUNCTION
CASE NO. C10-5051 JSW

The Court has considered **LEVI STRAUSS & CO.'S MOTION FOR ORDER TO SHOW CAUSE WHY PAPIKIAN IS NOT IN CONTEMPT OF INJUNCTION, FOR SANCTIONS AND FOR MODIFIED INJUNCTION,** and the applicable pleadings, evidence and arguments presented.

Good cause appearing:

IT IS HEREBY ORDERED that Mr. Galoust Papikian appear before this Court on July 27, 2012, at 9:00 a.m. to show cause why:

(1) he should not be held in contempt of the injunction entered on March 22, 2012;

(2) he should not pay Levi Strauss its attorneys' fees related to enforcement of the injunction; and

(3) the attached Amended Judgment and Permanent Injunction, should not be entered.

**Mr. Papikian's opposition to the motion shall be due on July 6, 2012, and Levi Strauss' reply shall be due on July 13, 2012. It is FURTHER ORDERED that a client representative from Levi Strauss and Mr. Papikian shall be present for this hearing.**

IT IS SO ORDERED.

**Levi Strauss shall serve a copy of this Order on Mr. Papikian.**

DATED: June 22, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

64369922v.3



[PROPOSED] ORDER TO SHOW CAUSE WHY DEFENDANT IS NOT IN CONTEMPT OF INJUNCTION
CASE NO. C10-5051 JSW                                                                                  1