IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & CO, et al.,

    Plaintiffs,

v.

PAPIKIAN ENTERPRISES, INC, et al.,

    Defendants.

No. C 10-05051 JSW

**ORDER DENYING AS MOOT MOTION FOR EXTENSION OF TIME**

On July 2, 2012, Defendants filed a motion for extension of time to respond to the Order to Show Cause re Contempt. On July 6, 2012, Defendants filed a "preliminary" response to the Order to Show Cause. Accordingly, the motion for extension of time is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: July 11, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE