IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & CO, et al.,

    Plaintiffs,

v.

PAPIKIAN ENTERPRISES, INC, et al.,

    Defendants.

No. C 10-05051 JSW

**ORDER TO COUNSEL TO SHOW CAUSE**

On July 27, 2012, the Court held a hearing on Plaintiff's motion to hold Defendants in contempt. Defendant Galoust Papikian appeared on behalf of himself and, purportedly, on behalf of his corporation. Defendants' counsel, Steven Krongold did not appear at the hearing. Although in previous filings, Mr. Krongold indicated that this hearing did not encompass the scope of his representation, he has never formally sought to be relieved as counsel.

Accordingly, the Court HEREBY ORDERS Mr. Krongold to show cause why he should not be sanctioned in the amount of $500.00 and be held responsible for a portion of the attorneys' fees that Levi Strauss & Company ("Levi Strauss") seeks in connection with hits motion. Mr. Krongold's response shall be due by no later than **August 8, 2012**, so that he may have the benefit of reviewing Levi Strauss' request for attorneys' fees before he responds to the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: July 30, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE