United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & CO.,

        Plaintiff,

  v.

PAPIKIAN ENTERPRISES, INC, et al.,

        Defendants.

_____/

No. C 10-05051 JSW

**ORDER VACATING HEARING ON MOTION FOR ATTORNEYS' FEES AND CLARIFYING BRIEFING SCHEDULE**

On August 3, 2012, Levi Strauss & Co. ("Levi Strauss") filed a motion for attorneys' fees, which pertains to its request for attorneys' fees raised in its motion to hold Defendants Galoust Papikian and Papikian Enterprises, Inc. in contempt. At the hearing on the latter motion, the Court ordered Levi Strauss to submit a further brief on its request for attorneys' fees by August 3, 2012, and it ordered that Defendants' response would be due on August 10, 2012. The Court did not contemplate holding a further hearing on a motion for attorneys' fees. Accordingly, the hearing scheduled for September 14, 2012 is VACATED. Defendants' opposition, if any, remains due on August 10, 2012. At that time, the motion for contempt and the request for attorneys' fees will be ripe for resolution, the Court will take the matter under submission, and it shall issue a ruling in due course.

    **IT IS SO ORDERED.**

Dated: August 6, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE