IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & CO, et al.,

    Plaintiffs,

  v.

PAPIKIAN ENTERPRISES, INC, et al.,

    Defendants.

No. C 10-05051 JSW

**ORDER IMPOSING MONETARY SANCTIONS RE ORDER TO COUNSEL TO SHOW CAUSE**

The Court has received counsel's response to the Court's Order to Show Cause dated July 30, 2012. The Court HEREBY IMPOSES sanctions in the amount of $500.00 for counsel's failure to appear at the hearing on July 27, 2012. However, the Court determines that counsel should not be held responsible for a portion of the attorneys' fees that Levi Strauss & Company ("Levi Strauss") seeks in connection with its motion to hold Defendants in contempt. Mr. Krongold shall pay these sanctions to the Clerk of the Court by no later than August 24, 2012.

**IT IS SO ORDERED.**

Dated: August 8, 2012

                        JEFFREY S. WHITE
                        UNITED STATES DISTRICT JUDGE