IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO, | No. C 10-05051 JSW |
| Plaintiff, | **ORDER DENYING MOTION FOR ORDER TO SHORTEN TIME AND GRANTING LIMITED STAY PENDING RULING ON MOTION TO ALTER JUDGMENT** |
| v. | |
| PAPIKIAN ENTERPRISES, INC., et al., Defendants. | |

The Court has received and considered Defendants' motion for an order to shorten time on the motion to alter or amend judgment, and Plaintiff's opposition thereto. The Court DENIES the request to have the motion to alter or amend judgment heard on shortened time, and the hearing set for September 21, 2012 remains on calendar. The parties' opposition and reply briefs shall be due in accordance with the time required by the Northern District Civil Local Rules.

Defendants also have filed an *ex parte* application for a stay of the Court's Amended Judgment and Permanent Injunction, pending a ruling on the motion to alter or amend judgment. Plaintiff also opposes that motion, but it stated, in opposition to the motion to shorten time, that it was willing to agree to a stay solely of those portions of the Amended Final Judgment and Permanent Injunction that required compliance within thirty-days. Plaintiff also suggested that any stay expire within three days after the Court rules on the motion to alter judgment.

Without prejudging the merits of the motion to alter judgment, the Court finds good cause to grant a limited stay pending a ruling on that motion. The Court shall stay enforcement

of paragraphs A.1 and A.2 pending a ruling on the motion to alter or amend judgment. All other provisions of the Court's Amended Final Judgment and Permanent Injunction remain in effect.

The Court HEREBY ORDERS the parties to include in their opposition and reply briefs a section addressing whether, if the Court denies the motion, a stay pending an appeal would be appropriate.

**IT IS SO ORDERED.**

Dated: August 20, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2