IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO,<br><br>    Plaintiff,<br><br>  v.<br><br>PAPIKIAN ENTERPRISES, INC., et al.,<br>    Defendants.<br>_____/ | No. C 10-05051 JSW<br><br>**ORDER CONTINUING HEARING ON MOTION TO AMEND JUDGMENT AND REQUIRING SUPPLEMENTAL BRIEFING** |

The Court HEREBY CONTINUES the hearing on Defendant's motion to alter or amend judgment to Friday, October 5, 2012. The Court HEREBY ORDERS the parties to submit supplemental briefing addressing their positions on the following remedy for Papikian's contempt: a modification of the Amended Final Judgment and Permanent Injunction ("Amended Judgment") to modify the amended judgment to preclude Papikian from using 501USA.com as a domain name or a trade name, only if, after a period of ninety (90) days, he is unable to demonstrate to the satisfaction of the Court that he is able to operate the website without violating the remaining terms of that Amended Judgment. The parties briefs shall be no more than seven pages, and shall be due by no later than September 28, 2012.

    **IT IS SO ORDERED.**

Dated: September 18, 2012

                                               JEFFREY S. WHITE<br>                                               UNITED STATES DISTRICT JUDGE