IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO,<br><br>   Plaintiff,<br><br> v.<br><br>PAPIKIAN ENTERPRISES, INC., et al.,<br>   Defendants.<br>               / | No. C 10-05051 JSW<br><br>**ORDER FOLLOWING STATUS HEARING** |

On January 11, 2013, the parties appeared before the Court for a status hearing regarding Galoust Papikian's and Papikian Enterprises, Inc.'s compliance with the terms of the modified injunction. The Court has considered the parties' positions in their Joint Status Conference Statement, the terms of the modified injunction, and the record in this case.

On October 1, 2012, the Court Ordered that by October 5, 2012, Papikian shall move the disclaimer on the home page to sit **below** the 501USA.com logo, or he shall pay $100.00 per day to LS&CO until he cures this violation of paragraph A.3 of the parties' original stipulated judgment. Papikian has complied with that Order.

On that same date, the Court modified Paragraphs A, B.1 and B.2 of the Amended Judgment to reflect that Papikian will be precluded from using 501USA.com as a domain name or a trade name, only if, after a period of ninety (90) days from the date of this Order, he is unable to demonstrate to the satisfaction of the Court that he is able to operate the website without violating the remaining terms of that Amended Judgment.

As part of the Amended Judgment, the Court modified the terms of the original injunction to remove references to permitting Papikian to use the Levi's word mark for

United States District Court
For the Northern District of California

1 purposes of navigating the website. Papikian continues to use the Levi's word mark in a
2 number of links on his website and includes links that are duplicative, in that they resolve to the
3 same page. The Court finds that this is not in compliance with the terms of the Amended
4 Judgment and HEREBY ORDERS Papikian to remove the links that sit below the photographs
5 on the home page of the website.

6 It is FURTHER ORDERED that for any particular category of Levi's products offered
7 on the website, *e.g.,* women's Levis, Papikian shall remove the links on the side of the webpage
8 for any other category of products. That is, on the page for women's Levis products, the only
9 links that shall appear are links for the particular Levis women's products that are offered for
10 sale. The links to the men's Levis products and kids' Levis products must be removed.
11 Papikian shall make these changes by no later than January 31, 2013, or the Court shall impose
12 a fine of $100.00 per day for every day that he is not in compliance.

13 Finally, it is HEREBY ORDERED that Papikian shall pay the monetary sanctions
14 previously imposed by the Court by no later than February 11, 2013.

15 **IT IS SO ORDERED.**

17 Dated: January 17, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2