1  Steven L. Krongold (State Bar No. 125952)
   **KRONGOLD LAW CORP., P.C.**
2  8105 Irvine Center Drive, Suite 900
   Irvine, California 92618
3  Phone: 949-651-1900
   Fax:    949-861-9225
4
   Attorney for Defendants Papikian Enterprises, Inc.
5  and Galoust "Sonny" Papikian

6
7                    **UNITED STATES DISTRICT COURT**
8                    **NORTHERN DISTRICT OF CALIFORNIA**
9                        **SAN FRANCISCO DIVISION**

10
11  LEVI STRAUSS & CO.,                    Case No. 10-05051 JSW
                                           Hon. Jeffrey S. White
12              Plaintiff,
           vs.                             **CONSENT FOR WITHDRAWAL OF**
13                                         **COUNSEL AND TO APPEAR PRO SE**
    PAPIKIAN ENTERPRISES, INC., et al.,    **AND ~~PROPOSED~~ ORDER THEREON**
14                                          AND ORDER DIRECTING COUNSEL TO
                Defendants.                 SERVE ORDER
15                                         Date:     March 1, 2013
                                           Time:     9:00 a.m.
16                                         Location: Courtroom 11, 19th Floor
17
18
19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant Galoust Papikian, individually and doing business as Papikian Enterprises (Defendant), does hereby consent to the withdrawal of counsel in the above-entitled action. Defendant further consents to appear in this action in pro se. All papers and correspondence may be sent to Defendant as follows: Galoust "Sonny" Papikian, Papikian Enterprises, 1551 N. La Brea Ave., Hollywood, CA 90028; Tel: 323-496-4321; Email: 501usarobic@gmail.com.

Dated: February 1, 2013

KRONGOLD LAW CORP., P.C.

By: */s/ Steven L. Krongold*
Steven L. Krongold
Attorneys for Defendants Papikian Enterprises, Inc. and Galoust Papikian

Dated: February 1, 2013

By: _____
Galoust Papikian

## [PROPOSED] ORDER

The Court has considered the motion, Plaintiff's lack of opposition thereto, and this consent. Accordingly,

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

and the Court VACATES the hearing scheduled for March 1, 2013.

DATED: February 8, 2013

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Counsel shall serve a copy of this Order on Mr. Papikian.