Steven L. Krongold (State Bar No. 125952)
**KRONGOLD LAW CORP., P.C.**
8105 Irvine Center Drive, Suite 900
Irvine, California 92618
Phone: 949-651-1900
Fax:    949-861-9225

Attorney for Defendants Papikian Enterprises, Inc.
and Galoust "Sonny" Papikian

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>            Plaintiff,<br>   vs.<br><br>PAPIKIAN ENTERPRISES, INC., et al.,<br><br>            Defendants. | Case No. 10-05051 JSW<br>Hon. Jeffrey S. White<br><br>**CONSENT FOR WITHDRAWAL OF COUNSEL AND TO APPEAR PRO SE AND ~~PROPOSED~~ ORDER THEREON AND ORDER DIRECTING COUNSEL TO SERVE ORDER**<br>Date:       March 1, 2013<br>Time:       9:00 a.m.<br>Location:   Courtroom 11, 19th Floor |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that Defendant Galoust Papikian, individually and doing
3  business as Papikian Enterprises (Defendant), does hereby consent to the withdrawal of counsel in
4  the above-entitled action. Defendant further consents to appear in this action in pro se. All papers
5  and correspondence may be sent to Defendant as follows: Galoust "Sonny" Papikian, Papikian
6  Enterprises, 1551 N. La Brea Ave., Hollywood, CA 90028; Tel: 323-496-4321; Email:
7  501usarobic@gmail.com.

8  Dated: February 1, 2013                KRONGOLD LAW CORP., P.C.

9                                          By: /s/ Steven L. Krongold
10                                              Steven L. Krongold
                                                Attorneys for Defendants Papikian Enterprises,
11                                              Inc. and Galoust Papikian
   Dated: February 1, 2013
12
                                            By: _____
13                                              Galoust Papikian

28
KRONGOLD LAW CORP., P.C.                -2-
CONSENT FOR WITHDRAWAL OF COUNSEL AND TO APPEAR PRO SE

# [PROPOSED] ORDER

The Court has considered the motion, Plaintiff's lack of opposition thereto, and this consent. Accordingly,

GOOD CAUSE APPEARING THEREFOR, it is so ordered:

and the Court VACATES the hearing scheduled for March 1, 2013.

DATED: February 8, 2013

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Counsel shall serve a copy of this Order on Mr. Papikian.

KRONGOLD LAW CORP., P.C.            -3-
CONSENT FOR WITHDRAWAL OF COUNSEL AND TO APPEAR PRO SE