1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  TALI L. ALBAN (State Bar No. 233694)
   Two Embarcadero Center Eighth Floor
3  San Francisco, CA 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email: ggilchrist@kilpatricktownsend.com
5         tlalban@kilpatricktownsend.com

6  Attorneys for Plaintiff
   Levi Strauss & Co.

7

8

                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 | Levi Strauss & Co.,                              | Case No. C10 5051 JSW
13 |           Plaintiff,                             |
14 |       v.                                         | [PROPOSED] STIPULATED ORDER RE SANCTION
15 | Papikian Enterprises, Inc., Galoust Papikian,    | AS MODIFIED
   | and Does 1 through 10,                           |
16 |                                                  | Date:   June 21, 2013
   |           Defendants.                            | Time:   9:00 a.m.
17 |                                                  | Ctrm.:  11, 19th Floor
                                                        Judge:  Hon. Jeffrey S. White

18                                                     Complaint Filed:  November 8, 2010

19

20     The parties having stipulated, the Court orders as follows to resolve Levi Strauss's pending

21 Second Motion for an Order Finding Defendant Galoust Papikian in Contempt and To Amend the

22 Final Judgment:

23     1.   Papikian shall pay Levi Strauss $9,597, which represents the principal amount of the

24 sanction owed by Papikian pursuant to the Court's August 10, 2012 Order in four installments of

25 $2,399.25. Each payment will be made by certified check, made payable to Levi Strauss & Co.,

26 mailed to Tali Alban, Kilpatrick, Townsend & Stockton, Two Embarcadero Center, 8th Floor, San

27 Francisco, CA 94111, so that it is received on or before the date due.

28     2.   The first installment shall be made no later than June 1, 2013; the second no later



[PROPOSED] STIPULATED ORDER RE SANCTION
CASE NO. C10-5051 JSW

1  than July 1, 2013, the third no later than August 1, 2013, and the final no later than September 1,
2  2013.

3     3.     Should Papikian not pay each installment in full by the time each is due, Papikian
4  shall immediately transfer his domain names that contain Levi Strauss trademarks, including
5  www.501usa.com, www.501USA.net, www.new-levis.com, www.517jeans.com, and
6  www.550jeans.com ("Papikian domains"), to Levi Strauss & Co.

7     4.     The Court shall retain jurisdiction for the purpose of making any further orders
8  necessary or proper for the construction or modification of this Stipulation, the enforcement thereof,
9  and/or the punishment for any violations thereof and, if Papikian fails to transfer the domain names
10 within one week of non-payment, Papikian acknowledges and agrees that the Court has authority to
11 order the relevant domain registrars to effect transfer of the domain names to Levi Strauss without
12 Papikian's consent.

13     5.     The hearing set for June 21, 2013, shall be removed from the Court's calendar.
This Order terminates Docket No. 141.
14 Plaintiff shall serve a copy of this Order on Defendant.

16 DATED: May 22, 2013

                                     _____
17                                      HON. JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE



[PROPOSED] STIPULATED ORDER RE SANCTION
CASE NO. C10-5051 JSW                                                                                 - 2 -